UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARL EUGENE STEELE,<br><br>  Defendant. | Case No. 2:21-cr-00177-GMN-EJY-2<br><br>**ORDER TO PRODUCE**<br>**CARL EUGENE STEELE, #1246171** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **CARL EUGENE STEELE, #1246171**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **CARL EUGENE STEELE, #1246171,** on or about Wednesday, November 10, 2021, at the hour of 10:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **CARL EUGENE STEELE, #1246171,** is released and discharged by the said Court; and that **CARL EUGENE STEELE, #1246171,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 19th day of October, 2021.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**